DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    FAX: (415) 436-7234
    casey.boome@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-463-CRB |
| Plaintiff, | DECLARATION OF CASEY BOOME IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| VICTOR TURK, | |
| Defendant. | |

I, Casey Boome, declare as follows:

1.    I am an Assistant United States Attorney for the Northern District of California and the attorney assigned to represent the government in the above-captioned case.

2.    Exhibit A is a true and correct copy of an email that I received from BOP counsel on October 1, 2020 regarding BOP's ongoing care plan for Victor Turk's medical condition. I have redacted personal identifying information contained in Exhibit A

3.    Exhibit B is a true and correct copy of BOP's calculation of Victor Turk's jail credit and projected release date, which I obtained from BOP counsel.

Boome Declaration
CR 18-463-CRB

1

4. Exhibit C is a true and correct copy of Victor Turk's written request for compassionate release, which I obtained from BOP counsel.

5. Exhibit D is a true and correct copy of the warden's written denial of Victor Turk's request for release, which I obtained from BOP counsel.

6. Exhibit E is a true and correct copy of Victor Turk's BOP Inmate Profile, which I obtained from BOP counsel. I have made redactions to Exhibit D to protect Defendant's personal identifying information and the names and telephone extensions of prison staff members.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 1, 2020

Respectfully submitted,

*/s/ Casey Boome*
CASEY BOOME
Assistant United States Attorney

# Exhibit A

| | |
|---|---|
| **From:** | Katherine Carpenter |
| **To:** | Boome, Casey (USACAN) |
| **Subject:** | RE: compassionate release motion - Victor Turk (Lompoc) |
| **Date:** | Thursday, October 1, 2020 12:40:32 PM |

Hi Casey,

Fortunately our Western Regional Medical Director was able to review Dr. Bren's letter and inmate Turk's chart. He advised me that Health Services at Lompoc is currently working its way through the testing necessary to determine whether inmate Turk needs an aortic valve replacement. Inmate Turk has already had the echocardiogram, and will be scheduled for a stress test in the near future. Once the stress test has been completed, inmate Turk will be scheduled for a follow up appointment with the cardiologist. If the cardiologist determines that inmate Turk needs an aortic valve replacement, then inmate Turk will be scheduled to see a cardiac surgeon.

I hope that is at least somewhat helpful in terms of addressing the allegations regarding Dr. Bren's letter.

Thanks,
Kathy


Katherine M. Carpenter, Senior Attorney
Federal Bureau of Prisons
Western Regional Office



Fax

# Exhibit B

```
WXRA3              *         PUBLIC INFORMATION           *        09-28-2020
PAGE 001           *             INMATE DATA              *        12:13:11
                             AS OF 09-28-2020


REGNO..: 25181-111 NAME: TURK, VICTOR JOHN

                         RESP OF: LOM
                         PHONE..: 805-735-2771    FAX: 805-736-1292
                                                  RACE/SEX...: WHITE / MALE
                                                  AGE:   45
PROJ REL MT: GOOD CONDUCT TIME RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 02-16-2027                           PAR HEAR DT:




















G0002        MORE PAGES TO FOLLOW . . .
```

```
WXRA3            *         PUBLIC INFORMATION          *      09-28-2020
PAGE 002         *            INMATE DATA              *       12:13:11
                           AS OF 09-28-2020


REGNO..: 25181-111 NAME: TURK, VICTOR JOHN

                   RESP OF: LOM
                   PHONE..: 805-735-2771    FAX: 805-736-1292
HOME DETENTION ELIGIBILITY DATE: 08-16-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-16-2027 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: CALIFORNIA, NORTHERN DISTRICT
DOCKET NUMBER..................: CR-18-00463-001 CRB
JUDGE..........................: BREYER
DATE SENTENCED/PROBATION IMPOSED: 07-31-2019
DATE COMMITTED.................: 11-14-2019
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $200.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....: 383    21:841 SCH II NON-NARCOTIC
 OFF/CHG: 21:841(A)(1) AND (B)(1)(B) POSSESSION WITH INTENT TO
          DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE (CT.1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 08-10-2018

----------------------CURRENT OBLIGATION NO: 020 -------------------------
 OFFENSE CODE....: 130    18:924(C) FIREARMS LAWS
 OFF/CHG: 18:924(C)(1)(A) CARRYING OR POSSESSING A FIREARM DURING AND IN
          FURTHERANCE OF A DRUG TRAFFICKING CRIME (CT.2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS 010 010




G0002        MORE PAGES TO FOLLOW . . .
```

```
 WXRA3            *        PUBLIC INFORMATION          *     09-28-2020
PAGE 003          *           INMATE DATA              *     12:13:11
                           AS OF 09-28-2020

REGNO..: 25181-111 NAME: TURK, VICTOR JOHN

                      RESP OF: LOM
                      PHONE..: 805-735-2771   FAX: 805-736-1292
 DATE OF OFFENSE................: 08-10-2018

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-05-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-05-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-31-2019
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 08-10-2018

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     08-10-2018    07-30-2019

TOTAL PRIOR CREDIT TIME.........: 355
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-16-2027
ELDERLY OFFENDER TWO THIRDS DATE: 04-10-2025
EXPIRATION FULL TERM DATE.......: 08-09-2028
TIME SERVED.....................:      2 YEARS       1 MONTHS      19 DAYS
PERCENTAGE OF FULL TERM SERVED..:  21.3
PERCENT OF STATUTORY TERM SERVED:  25.0




G0002       MORE PAGES TO FOLLOW . . .
```

```
WXRA3               *          PUBLIC INFORMATION             *   09-28-2020
PAGE 004 OF 004 *              INMATE DATA                     *   12:13:11
                              AS OF 09-28-2020

REGNO..: 25181-111 NAME: TURK, VICTOR JOHN

                      RESP OF: LOM
                      PHONE..: 805-735-2771    FAX: 805-736-1292

PROJECTED SATISFACTION DATE.....: 02-16-2027
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Exhibit C

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Turk, Victor, J**    **25181-111**    **K**    **Lompoc**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I am re-requesting a compassionate release as with the Cares Act due to my previous letter to you went unanswered for 30+ Days.

I am a Chronic care inmate with severe Aortic Stenosis (Aortic valvular Disease) with valve regurgitation along with loss of breath frequently, Dizzyness, and loss of memory. Due to the Covid-19 outbreak here at Lompoc, my medical needs cannot be provided as which I need to be seen by a outside Cardiologist for regular echocardiograms performed. Once released I have a Address to go to and I will continue with San Mateo Health Plan for my medical needs. Thank you

7-15-2020
DATE       SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED JUL 16 2020 BY:

DATE       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 1033586-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE       RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    BP-229(13) APRIL 1982

# Exhibit D

LOM - 1033586-F1
Part B - Response

This is in response to your Request for Administrative Remedy, received on July 16, 2020, wherein you are requesting immediate release to Direct Home Confinement.

The Bureau of Prisons (BOP) is currently assessing the following factors to ensure inmates are suitable for home confinement: reviewing the inmate's institutional discipline history for the last twelve months; ensuring the inmate has a verifiable release plan; verifying the inmates' primary or prior offense history does not include violence, a sex offense, or terrorism related; confirming the inmate does not have a current detainer; reviewing the security level of the facility currently housing the inmate, with priority given to inmates residing in LOW and Minimum security facilities; reviewing the inmate's PATTERN score, with the inmates who have anything above a minimum score not receiving priority treatment; and reviewing the age and vulnerability of the inmate to COVID-19, in accordance with the CDC guidelines.  In addition, the BOP is currently prioritizing for consideration those inmates who either:  have served 50% or more of their sentences, or have 18 months or less remaining on their sentences and have served 25% or more of their sentences.

You have a projected release date of February 16, 2027, and have only served 19.4% of your sentence.  You do not have a PATTERN risk assessment score of Minimum or Low and you are not a Minimum or Low security level inmate.  Additionally, you have a serious history of violence based on a 2002 conviction for Robbery.  While the BOP's discretion in certain circumstances are subject to revision as the situation progresses, at this time, you are not being considered for direct home confinement.

Therefore, your Request for Administrative Remedy is denied.  If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-10) to the Regional Director, Western Regional Office, Federal bureau of Prisons, 7338 Shoreline Drive, Stockton, CA, 95219, within twenty (20) days of the date of this response.

_____                _____
Patricia V. Bradley, Complex Warden              Date  8/14/20

# Exhibit E

```
 WXRA3    535.03 *            INMATE PROFILE            *    09-28-2020
 PAGE 001                                                      12:11:23
                  25181-111           REG
 REGNO: 25181-111                FUNCTION: PRT  DOB/AGE.:           / 45
 NAME.: TURK, VICTOR JOHN                        R/S/ETH.: W/M/O   WALSH: NO
 RSP..: LOM-LOMPOC USP                           MILEAGE.: 236 MILES
 PHONE:                    FAX:
  PROJ REL METHOD: GOOD CONDUCT TIME RELEASE    FBI NO..:
  PROJ REL DATE..: 02-16-2027                   INS NO..: N/A
  PAR ELIG DATE..: N/A                          SSN.....:
  PAR HEAR DATE..:               PSYCH: NO      DETAINER: NO       CMC..: NO
 OFFN/CHG RMKS: CR-18-00463-001 CRB; PWITD METHAMPHETAMINE; CARRY OR POSSESS
 OFFN/CHG RMKS: A F/A DUR & IN FURTHERANCE OF A DRUG TRAFFIC CRIME; 120M+5Y SR
    FACL CATEGORY     - - - - CURRENT ASSIGNMENT - - - - -   EFF DATE   TIME
    LOM  ADM-REL    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-11-2020 1729
    LOM  CARE LEVEL CARE1-MH   CARE1-MENTAL HEALTH            11-18-2019 1304
    LOM  CARE LEVEL CARE2      STABLE, CHRONIC CARE           11-18-2019 1239
    LOM  COR COUNSL CCC K      CCC B. GOMEZ EXT 3561          11-14-2019 1036
    LOM  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO         12-05-2019 1231
    LOM  CASE MGT   DEPEND N   DEPENDENTS UNDER 21 - NO       12-05-2019 1231
    LOM  CASE MGT   PHOTO ID N PHOTO ID - NO                  12-05-2019 1231
    LOM  CASE MGT   RPP NEEDS  RELEASE PREP PGM NEEDS         11-18-2019 1849
    LOM  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO      12-05-2019 1231
    LOM  CASE MGT   VET P/S N  PARENT/SPOUSE VETERAN - NO     12-05-2019 1231
    LOM  CASE MGT   VETERAN N  VETERAN - NO                   12-05-2019 1231
    LOM  CASE MGT   V94 CDA913 V94 CURR DRG TRAF ON/AFT 91394 11-18-2019 1848
    LOM  CASE MGT   V94 PV     V94 PAST VIOLENCE              11-18-2019 1848
    LOM  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY   08-07-2019 1622
    LOM  CASEWORKER CSW K/LP-Z CSW                            11-21-2019 1746
    LOM  CUSTODY    IN         IN CUSTODY                     08-07-2019 1620
    LOM  DRUG PGMS  DAP DIAG   DRUG ABUSE DIAGNOSIS PENDING   07-06-2020 1052
    LOM  DRUG PGMS  ED WAIT RJ DRUG EDUCATION WAIT-RQ JUDREC  12-05-2019 1242
    LOM  DRUG PGMS  NR WAIT    NRES DRUG TMT WAITING          11-18-2019 1303
    LOM  DESIG/SENT FCAN YES   FCAN-FULLY COMPLIED W/JUD REC  09-04-2019 1039
    LOM  DESIG/SENT SIERRA     TEAM SIERRA                    08-07-2019 1622
    LOM  EDUC INFO  ESL HAS    ENGLISH PROFICIENT             11-19-2019 1936
    LOM  EDUC INFO  GED HAS    COMPLETED GED OR HS DIPLOMA    11-19-2019 1936
    LOM  FIN RESP   PART       FINANC RESP-PARTICIPATES       12-05-2019 1758
    LOM  FIRST STEP FTC INELIG FTC-INELIGIBLE-REVIEWED        12-04-2019 1431
    LOM  FIRST STEP INELIG AUT FTC-INELIGIBLE OFF CODE - AUTO 12-17-2019 1521
    LOM  FIRST STEP N-ANGER N  NEED - ANGER/HOSTILITY NO      12-27-2019 1010
    LOM  FIRST STEP N-ANTISO Y NEED - ANTISOCIAL PEERS YES    12-04-2019 2104
    LOM  FIRST STEP N-COGNTV Y NEED - COGNITIONS YES          12-04-2019 2104
    LOM  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO             09-21-2020 1320
    LOM  FIRST STEP N-M HLTH N NEED - MENTAL HEALTH NO        07-24-2020 2100
    LOM  FIRST STEP N-MEDICL Y NEED - MEDICAL YES             09-18-2020 1019
    LOM  FIRST STEP N-RLF Y    NEED - REC/LEISURE/FITNESS YES 09-18-2020 1019
    LOM  FIRST STEP N-TRAUMA Y NEED - TRAUMA YES              12-04-2019 2104
    LOM  FIRST STEP N-WORK Y   NEED - WORK YES                08-07-2020 0954
    LOM  FIRST STEP R-HI       HIGH RISK RECIDIVISM LEVEL     08-21-2020 1239
    LOM  LEVEL      MEDIUM     SECURITY CLASSIFICATION MEDIUM 08-07-2019 1626
    LOM  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 11-18-2019 1238
    LOM  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE       11-18-2019 1238

 G0002        MORE PAGES TO FOLLOW . . .
```

```
 WXRA3   535.03 *             INMATE PROFILE              *     09-28-2020
PAGE 002 OF 002                                                   12:11:23
              25181-111           REG
REGNO: 25181-111                FUNCTION: PRT  DOB/AGE.: ██████████ / 45
NAME.: TURK, VICTOR JOHN                        R/S/ETH.: W/M/O   WALSH: NO
RSP..: LOM-LOMPOC USP                           MILEAGE.: 236 MILES
PHONE: ██████████       FAX: ██████████
     FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
     LOM  PGM REVIEW NOV        NOVEMBER PROGRAM REVIEW         11-27-2020 1328
     LOM  QUARTERS   K05-017L   HOUSE K/RANGE 05/BED 017L       06-30-2020 1009
     LOM  RELIGION   NO PREFER  NO PREFERENCE                   11-18-2019 1656
     LOM  UNIT       K          ██████████                      08-11-2020 1729
     LOM  WAITNG LST ED WELD WL VT AND AOE WELD WAIT LIST       02-05-2020 1513
     LOM  WAITNG LST TRULINCS Y TRULINCS AUTHORIZED             12-05-2019 1243
     LOM  WRK DETAIL ORD K  WK  ORDERLY K UNIT WK               01-10-2020 0001




















G0000         TRANSACTION SUCCESSFULLY COMPLETED
```