IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VICTOR TURK,<br><br>  Defendant. | Case No. 18-cr-00463-CRB-1<br><br>**ORDER STAYING MOTION FOR COMPASSIONATE RELEASE** |

Defendant Victor Turk has filed a Renewed Motion for Compassionate Release. However, the new motion raises new issues,[1] and Mr. Turk has not exhausted his administrative remedies by making a request of the warden in connection with the new issues. See 18 U.S.C. § 3582(c)(1)(A) (allowing Defendant to bring motion in court "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier"); United States v. Johnson, No. 16-cr-430-CRB, 2021 WL 40281, at *1 (N.D. Cal. Jan. 5, 2021) ("[A] defendant may not circumvent the exhaustion requirements by recharacterizing a second motion asserting new facts and arguments as a mere renewal of the first motion."). Mr. Turk represents that he submitted a new request seeking compassionate release to the warden of his facility on January 11, 2022. The Court will therefore

//
//
//

---

[1] Mr. Turk argues otherwise in his reply brief. However, his Renewed Motion raises at least three new issues for the Court to consider.

1. STAY Mr. Turk's motion for 30 days from January 11, 2022.

2. **IT IS SO ORDERED.**

Dated: January 14, 2022

CHARLES R. BREYER
United States District Judge